IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY BECKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:16-cv-00054-WHA |
| ) | (WO) |
| MCDONALDS USA, LLC; EMERALD ) | |
| MANAGEMENT CORPORATION d/b/a ) | |
| MCDONALD'S, a corporation; Fictitious ) | |
| Defendants A-Z, as more set forth herein ) | |
| whose names are discovered; ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is hereby ORDERED that the Motion to Dismiss (Doc. #23), filed before the filing of the Second Amended Complaint, is DENIED as moot.

Done this 2nd day of December, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE